UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>CAROL ANN PORTER<br><br>Debtor. | CASE NO. C17-0750JLR<br><br>Bankruptcy No. 15-10671CMA<br><br>ORDER TO SHOW CAUSE |
| CAROL ANN PORTER,<br><br>Defendant/Appellant,<br><br>v.<br><br>HAWAII COMMUNITY FEDERAL CREDIT UNION.<br><br>Plaintiff/Appellee. | |

The court ORDERS Appellant Carol Ann Porter to show cause no later than seven (7) days from the entry of this order why this bankruptcy appeal should not be dismissed for the failure to provide the necessary transcripts, and accordingly, the failure to provide a complete record for the purposes of appeal. (*See* Not. of Deficiency of App. (Dkt. # 8) at 1); Fed. R. Bankr. P. 8009(a)(1), 8009(b)(1); *In re Morrissey*, 349 F.3d 1187, 1189-91

ORDER - 1

(9th Cir. 2003). Although Ms. Porter indicated that she intended to designate transcripts of hearings that occurred on April 10, 2015, November 5, 2015, December 17, 2015, January 21, 2016, and March 24, 2017 (App. Designation of Rec. (Dkt # 1-3) at 6), she did not file these transcripts with the bankruptcy clerk or subsequently serve on the Appellee Hawaii Community Federal Credit Union ("Hawaii Community") a designation of the items to be included in the record on appeal, (see Not. of Deficiency of App. at 1); Fed. R. Bankr. P. 8009(a)(1)(A).

Ms. Porter must limit her response, if any, to no more than five (5) pages.[1] Hawaii Community may, but is not required to, file a response to the court's order to show cause subject to the same deadline and page limitation.

Dated this 6th day of September, 2017.

JAMES L. ROBART
United States District Judge

---

[1] The court is aware that Ms. Porter filed objections to having this appeal heard in a United States District Court. (See generally Obj. (Dkt. # 5).) However, that does not excuse her failure to provide a complete record on which an appeal may proceed.