UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>CAROL ANN PORTER<br><br>    Debtor.<br><br>CAROL ANN PORTER,<br><br>    Defendant/Appellant,<br><br> v.<br><br>HAWAII COMMUNITY FEDERAL CREDIT UNION.<br><br>    Plaintiff/Appellee. | CASE NO. C17-0750JLR<br><br>Bankruptcy No. 15-10671CMA<br><br>ORDER OF DISMISSAL |

On September 6, 2017, the court ordered Appellant Carol Ann Porter to show cause within seven (7) days of the entry of the order why the court should not dismiss this bankruptcy appeal for failure to provide a complete record for the purposes of appeal. (9/6/17 Order (Dkt. # 9) at 1-2); *see* Fed. R. Bankr. P. 8009(a)(1), 8009(b)(1). The court indicated to Ms. Porter that she had failed to file the necessary transcripts of her

bankruptcy hearings, and it cautioned Ms. Porter that failure to timely respond would result in dismissal of the appeal. (*See* 9/6/17 Order at 1-2.) Ms. Porter has not timely responded to the court's order. (*See* Dkt.) Accordingly, the court DISMISSES this appeal.

Dated this 15th day of September, 2017.

JAMES L. ROBART
United States District Judge